24438. CITY OF GAINESVILLE v. CHAMBERS.
24440. CITY OF GAINESVILLE v. HAMRICK et al.
24441. CITY OF GAINESVILLE v. APPLEBY.

NICHOLS, Justice. Each of the above cases is controlled by the decision of this court in the case of *City of Gainesville v. Loggins*, 224 Ga. 114.

*Judgments reversed. All the Justices concur.*

ARGUED FEBRUARY 12, 1968—DECIDED MARCH 7, 1968.

*Kenyon & Gunter, William B. Gunter,* for appellant.
*Joe K. Telford,* for Chambers.

*Robert J. Reed,* for Hamrick.
*Sam Harben, Jr.,* for Appleby.